# United States Bankruptcy Court
## Eastern District of North Carolina Greenville Division

1803685
PAUL FAISON WINBORNE
DIXON & THOMAS LAW FIRM PLLC
117 WEST EDEN STREET
EDENTON, NC 27932-0000

IN RE
MARCUS R PRATT
220 W ALBEMARLE DR

NAGS HEAD, NC 27959-9529
SSN or Tax I.D. XXX-XX-3527

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A        U.S.

## OBJECTION TO CONFIRMATION

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

DEBTOR HAS FAILED TO FILE A CONFIRMABLE PLAN.
DEBTOR HAS FAILED TO FILE 2017 TAX RETURN IN ACCORDANCE WITH 1308.

Wherefore, the Chapter 13 Trustee objects to confirmation of the Chapter 13 Plan as proposed and request that that the court conduct a hearing on Trustee's objection.

DATED: September 03, 2018

/S/ Joseph A. Bledsoe, III

Joseph A. Bledsoe, III
Chapter 13 Trustee

| | | | |
|---|---|---|---|
| CASE: 1803685 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 08-31-2018.01124505.BLB018 | | DATED: 09/03/2018 | |

Court     Served Electronically

Trustee     Joseph A. Bledsoe, III     P.O. Box 1618
New Bern, NC 28563

Debtor     MARCUS R PRATT     220 W ALBEMARLE DR
NAGS HEAD, NC 27959-9529

799     000002     PAUL FAISON WINBORNE     DIXON & THOMAS LAW FIRM PLLC
117 WEST EDEN STREET     EDENTON, NC 27932-0000

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 09/03/2018.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    09/03/2018    BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail